ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                          )
                                                     )
Northrop Grumman Corporation                         )   ASBCA Nos. 61616, 62342
                                                     )
Under Contract No. FA8620-13-D-3014                  )

APPEARANCES FOR THE APPELLANT:        David A. Churchill, Esq.
                                      Sandeep N. Nandivada, Esq.
                                      James A. Tucker, Esq.
                                        Morrison & Foerster LLP
                                        Washington, DC

APPEARANCES FOR THE GOVERNMENT:       Arthur M. Taylor, Esq.
                                        DCMA Chief Trial Attorney
                                      Samuel W. Morris, Esq.
                                      Patrick B. Grant, Esq.
                                        Trial Attorneys
                                        Defense Contract Management Agency
                                        Chantilly, VA

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  September 22, 2021

_____
J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed
Services Board of Contract Appeals in ASBCA Nos. 61616, 62342, Appeals of Northrop
Grumman Corporation, rendered in conformance with the Board's Charter.

Dated:  September 23, 2021

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals